United States Federal Court
Main Street
Worcester, MA. 01608

93A Civil Rights lawsuit

Kai Kunz

Versus

Attorney Kristin Cox
Attorney Anthony J. Benedetti
Assistant District Attorney Flynn
Detective Benedetti of Haverhill Police Department
Haverhill Police Department

12CV40037TSH

Above individuals and entity by extension have in their own capacities violated the civil rights of Kai Kunz through numerous actions, which are not limited to fraud, changing motives, changing evidence, covering up evidence, bait and switch, criminal negligence, and by extension aiding and abetting Racketeering and Domestic Terrorism. This being a conservative and responsible description of what said defendants actions caused due to preventing Kai Kunz from effectively reporting Racketeering that at least borders on Domestic Terrorism. Kai Kunz has fraud charge pressed on him by convicted murder and rapist Kevin McCarthy for no other purpose than for his financial motives for aiding and abetting the Racketeering/Domestic Terrorism that I have reported. The frame attempt by Kevin McCarthy is specifically for protecting individuals I have reported. I, Kai Kunz will not have the credibility to make reports about Racketeering as effectively if I have a fraud charge hanging over me and I certainly couldn't do much if I was framed successfully (not going to happen only because of my heart and intelligence).

Every averment can be proven through forensics, and many forensic facts individually prove that a fraudulent case has been knowingly pushed for career considerations, conflicts of interests, and possibly payoffs from individuals engaged in Racketeering that at least borders on Domestic Terrorism. Their has either been total incompetence on the part of individual defendants or criminal actions that are not limited to civil rights violations, obstructing justice, aiding and abetting criminal conspiracies, kick backs, and fraud.

The Lawsuit herein is the result of the fraud charges that have been pursued against me (Kai Kunz) in spite of my having provided many times more of the evidence that regularly dismisses a case. Any one of several facts prove that the charge is completely fabricated and fraudulent. Said defendants have ignored the solid forensic evidence that conclusively shows that there is many times more evidence to convict Kevin McCarthy and Joseph Young of filing a false police report, perjury, fraud, and aiding and abetting Racketeering/Domestic Terrorism. I have conclusively proven that case is completely fraudulent and will demonstrate that each defendant is individually responsible for the Civil Rights violations I suffered and other damages as a result of fraud charges being knowingly pursued for career consideration, ego, and or incompetence on the part of others. I will also pursue a statistician to prove that charges against me are so absurd (when solid forensic facts, deep circumstantial evidence, changes/contradictions in testimony by accuser and more are considered) that charge belongs in the Guinness Book of World Records Under (Most Absurd, unprofessional, retarded, and contradictory fraud charge that was ever taken seriously in the last fifty years).

See enclosed 24 Page letter to FBI for reference to cases absurdity. The enclosed letter conclusively proves that case against me is fraud, while providing more than enough solid forensic facts, and leads for successfully prosecuting Kevin McCarthy and Joseph Young with

- Filing a false police report
- witness intimidation
- perjury
- fraud
- aiding and abetting Racketeering and Domestic Terrorism

Specific actions that prove that individuals are responsible for violating my civil rights and damages:

1. Detective Benedetti

1A: Detective Benedetti knowingly took a police report wherein their was contradictory information in it. This is in police report done by Detective Benedetti and submitted to court and Counsel. The contradictions are explained in 24 page letter to FBI and Department of Homeland Security.

1B: Detective Benedetti was emailed numerous facts that conclusively prove that case against me is a total fraud. Emails were given to counsel and are in emails of myself, Detective Benedetti, and Attorney Cox. These numerous emails can and will be provided and are a part of Depositions and Discovery.

1C: Detective Benedetti received the emails from me that conclusively proves that case is a fraud, prior to his meeting with the District Attorney (as email shows.) Detective Benedetti either withheld information to the District Attorney or the District Attorney knowingly committed fraud from the start for career considerations. Detective Benedetti told me that it would help if I emailed him the business agreement that I put together between me and Kevin McCarthy. This further demonstrates Detective Benedetti's criminal fraud in changing motives and changing statements to further a case he already admitted was a total fraud on 10-23-2011.

1D: Detective Benedetti changed his motives after my interview with him. Detective Benedetti went from initially having the beyond absurd hit list motive nonsense that Kevin McCarthy concocted (that is in police report). From 10-22-2011 interview Detective Benedetti realized that the motive wouldn't fly and he thereby changed the motive to that of a business dispute. This bait and switch change is illegal and completely contrary to the motive that Detective Benedetti placed in the ridiculous police report.

1E: Detective Benedetti ignored my motives, which were in fact many times more substantial than the alleged business dispute. Chief among my motives was the $450,000,000.00 IRS form 211 Whistle Blower Claim I mailed on October 18th, 2011. I can prove that I mailed the claim on 10-18-2011 because the IRS and Postal records will show that I mailed the complaint on 10-18-2011. I get 15-30 percent of recoveries by IRS for my $450,000,000.00 claim, and I get zero if I get arrested by doing something stupid and someone else thereby submits their own form 211 claim before me. Not much I can do if I am in jail for an alleged trivial business dispute that I was upset about. Geez... what would be a bigger consideration for a disciplined thinker who can outperform many professionals in their specialties with rare abilities and talents????? My Whistle Blower claim and the time of its' filing will be a part of depositions and discovery. This is a subject that I mentioned during interview on 10-22-2011 and as such Detective

Benedetti's changing of motives will more deeply demonstrate his criminal actions.

1F: Detective Benedetti ignored contradictions in Kevin McCarthy's story and ignored the consistent facts that I pointed out. Kevin McCarthy's contradictions, vague testimony and more is outlined in 24 paged exhibit to FBI and Department of Home Land Security. This doesn't even include the fact (all defendants want to ignore for their egos and career advancements) that I insist on being heard and having taped interviews for any period of time and at anytime. Detective Benedetti, Kevin McCarthy, and Joseph Young refuse to even come forward, which is why the hearings have been delayed five times. Police report will be part of depositions and discovery.

1G: Detective Benedetti ignored the evidence I presented in taped interview on 10-22-11 about locations and the fact that Kevin's fraud can be proven. I gave written permission to Detective Benedetti for utilizing my cell phone for reviewing texts and specific locations which can be pin pointed during the time of my texts and cell phone calls. I gave him full access to my phone for proving that Kevin's case was a fraud and to help Detective Benedetti with his arson investigations. Detective Benedetti either ignored cell phone locations that would prove the solid forensics I mentioned in 24 page exhibit. Or Detective Benedetti (either intentionally or incompetently) didn't tell State Police Crime Lab to retrieve cell phone locations during at least 10-18-2011 which show that

- Me and Kevin were in same location together after alleged incident wherein he claims I almost killed him in front of Joe Young and Kevin's 180 pound Rottweiler.

- The absurd and fraudulent evidence the District Attorneys office wants to use on my cell phone is a joke. Cell phone forensics will show that the texts that the DA wants to use were sent from my phone to Kevin McCarthy's cell phone when we were both at his residence together on 10-18-2011. Who texts someone when they are in the same house together???? Kevin texted cell phone messages from my phone to his phone while we were in his house together.

Solid Forensics from State Police crime Lab will be part of depositions and discovery.


1F: Detective Benedetti admitted on 10-23-12 in the early AM that "this is the most fucked up frame attempt that I have ever seen in my life". He said this in front of the audio cameras next to the cells, two police officers, Detective Ratte, and possibly more. Tapes inside the Haverhill police station and questioning witnesses will be a part of depositions and discovery.

1G: Detective Benedetti told my court Attorney Chris Derocki on 10-24-2011 that the charge against me was completely fraudulent. Attorney Chris Derocki thereby told the court about what Detective Benedetti said during 10-24-2011 Court Hearing. A hearing that was taped. Tapes will prove this point and be a part of depositions and discovery.

1H: Detective Benedetti worked to suppress evidence, ignore contradictions in Kevin McCarthy's testimony, ignore solid forensic facts, and work a case that he admitted was fraudulent. Taped Interview, police report, tapes inside Haverhill Police station an more will prove this and be a part of depositions and discovery.

1I: Detective Benedetti worked with his relative who is the chief counsel for the law firm representing me. He worked to push a case that he knew was fraudulent and asked the head of the law firm representing me (his relative) to act against my interests. The emails and phone records between chief counsel Anthony Benedetti and Detective Benedetti will be part of depositions and discovery. As will be the questioning of workers at the committee for public counsel and the Haverhill police station.

1J: Detective Benedetti left the interview room after he told me that Kevin's dog bit me and I responded with "do you know what such a dog would do to someone if he bit them." Detective Benedetti wanted to suppress evidence. This isn't just proven by his having stopped the interview during this critical juncture. It is proven because

- Detective Benedetti never requested that I be examined for a dog bite (by Kevin's 180 pound Rottweiler).
- Detective Benedetti didn't have my clothes examined for dog hairs that matched Kevin's dog.

Through his many actions Detective Benedetti knowingly violated my civil rights, committed fraud, obstructed justice, aided and abetted racketeering, caused damage to my reputation, my ability to pursue venture capital and other business interests. Detective Benedetti proactively pursued a news story with full knowledge that the charge against me was fraudulent. He even told reporters about hit list fraud, even though Detective Benedetti changed my motive, because he knew that such an accusation was ridiculous and wouldn't stick in court.

2. Assistant District Attorney Flynn

2A: Assistant District Attorney Flynn ignored many solid pieces of evidence that were given to him by Detective Benedetti and my Attorney Kristen Cox. Attorney Flynn's assistant was given the information by Attorney Cox during 12-9-2011 hearing and court camera footage will show that they both reviewed information that I mailed to attorney Cox during November and December 2011. Attorney Flynn was also given emails that I sent to attorney Cox and Detective Benedetti. He thereby proceeded on a case that he knew full well was completely fraudulent.

2B: Assistant District Attorney Flynn reviewed the interview I had with Detective Benedetti on 10-22-2011. Assistant District Attorney Flynn never requested and ignored cell phone locations that would conclusively prove that Kevin McCarrthy's charge is a total fraud. District Attorney Flynn has thereby acted incompetently or is trying to criminally violate my civil rights with premeditated planning. Satellite and cell phone tower information would prove that me and Kevin were together at his residence the day after the alleged incident. Showing that the entire charge is completely ridiculous. The police report on 10-19-2011 of course makes no reference to me and Kevin meeting the day after incident. This by itself proves case is a fraud joke as Kevin didn't mention that we met on 10-18-2011 in police report.

2C: Assistant District Attorney Flynn couldn't prove the absurd assault with attempt to murder charge and subsequently lowered the charge for the purpose of saving face and ego reasons. Assistant District Attorney Flynn could see that the facts didn't add up and he ignored the lies and contradictions in Kevin McCarthy's testimony. Flynn thereby acted criminally when he thereafter pushed a watered down fraud case on March 30th, 2012. Court tapes from this fifth hearing delay will be part of depositions and discovery.

2D: Assistant District Attorney Flynn is pushing a fraud case in spite of Kevin McCarthy, Joseph Young, and Detective Benedetti not coming forward after four hearing delays. Assistant District Attorney Flynn knows that the witnesses are afraid of being convicted of fraud and is still pushing such an absurd case that is exceptional in its' obvious fraud.

2E: Assistant District Attorney Flynn knowingly engaged in my corrupt and criminal lawyer Kristin

Cox and encouraged my counsel to be corrupt for career advancements in the future.

3. Chief Counsel Anthony J Benedetti

3A: Knowingly overlooked conflict of interest with Detective Benedetti. He worked to help the fraud case of Detective Benedetti for Detective Benedetti's career advancement and kickbacks from Racketeering/Domestic Terrorist conspirators that were looking to frame me.

3B: Instructed counsel to not give District Attorney information by certified mail or email transmission that would conclusively prove that charge against Kai Kunz is completely fraudulent.

3C: Didn't follow procedures and violated rights of Kai Kunz by aiding and abetting the fraud charges against Kai Kunz on behalf of relative Detective Benedetti.

4. Attorney Kristen Cox

4A: Showed confidential client information to assistant District Attorney as 12-9-2011 in court as video tape will show.

4B: Refused to do a bail review after numerous requests.

4C: Gave false dates regarding sixty days

4D: Refused to present forensic facts to court that would conclusively prove that charges are completely fraudulent.

4E: Refused to file a motion to dismiss and press criminal charges on Joseph Young and Kevin McCarthy for fraud, filing a false police report, civil rights violations.

4F: Acted against my interests and in the interests of the Racketeering/Domestic Terrorist fraud that convicted murderer and rapist Kevin McCarthy fraudulently filed. Attorney Cox has thereby worked to aid and abetted the witness intimidation that was committed against me (for my informant work) for advancing the Racketeering and Domestic Terrorism of individuals that I have reported.

4G: Laughed about my claims with Assistant District Attorney on 12-9-2011 and did it in front of Kevin McCarthy's attorney named Scott Gleason on 12-9-2011. This will be proven when video and audio tape from 12-9-2011 hearing is part of depositions and discovery.

Defendants either intentionally or through incompetence violated my civil rights, committed fraud, obstructed justice, aided and abetted racketeering, caused damage to my reputation, and my as a result to pursue venture capital, and other business interests. Haverhill Police Department proactively pursued a news story on 10-25-2011 with full knowledge that the charge was fraudulent. He even told reporters about hit list fraud, even though he changed motive because he know that that accusation was ridiculous and wouldn't stick in court.

Demand is $2,000,000.00 or $250,000.00 with public apology for damaging my reputation.

Damage done to pursuits involving Whistle Blower Claims, Business funding for business models, and more will show that above demand is extremely fair and generous. Forensic Accountant testimony to come. The District Attorney and Detective Benedetti have been criminally negligent in their covering up evidence, facts, manipulating Lab work, changing motives, ignoring lies and contradictions by witnesses and accusers, and more. It is all the more precedent setting when considering that

- there is about 15 times the normal amount of solid forensic and circumstantial evidence that conclusively proves that a charge is fraudulent.

- it should come as zero surprise that someone who reports over 100 million in tax evasion, public corruption, racketeering, and more would be targeted.

It takes either total incompetence, criminal negligence, or the premeditated aiding and abetting of Racketeering and Domestic Terrorism.

Signed under the penalties and pains of perjury,

_____
Kai Kunz
111 Church ST
Northbridge, MA.
01588

Mail To ⇩
PO Box 21
Uxbridge, MA, 01569

PN 1-207-239-6812