C.A. No. 4:12-CV-40037-TSH

KAI W. KUNZ,

      Plaintiff

v.

ATTORNEY KATHERINE COX,
ATTORNEY ANTHONY J. BENEDETTI,
JOSEPH BENEDETTI AND CITY OF
HAVERHILL

      Defendants

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

      Please enter my appearance as attorney for the defendants City of Haverhill and Joseph

Benedetti in the above-referenced matter.

DEFENDANTS,

CITY OF HAVERHILL and
JOSEPH BENEDETTI

By their attorneys,

/s/ Jonathan M. Silverstein
Jonathan M. Silverstein (BBO# 630431)
Katharine I. Doyle (BBO# 634131)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street
12th Floor
Boston, MA 02110-1109
(617) 556-0007
jsilverstein@k-plaw.com
kdoyle@k-plaw.com

<u>CERTIFICATE OF SERVICE</u>

     I, Jonathan M. Silverstein, certify that the above document will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.

               <u>/s/Jonathan M. Silverstein</u>

483820/60700/1019

\#